IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                            CASE NO. 5:06cr39(1)/RS-AK

RICHARD ALLEN ADDERSON,

        Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 176). Defendant has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendant's Fourth Amended Motion To Vacate, Set Aside, Or Correction Sentence (Doc. 164) is **denied**.

**ORDERED** on September 23, 2009.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**